1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDREW MICHAEL BUCAOJIT,                    No.  2:19-cv-2055-WBS-JDP P

12                    Plaintiff,

13            v.                                  FINDINGS AND RECOMMENDATIONS

14    SOLANO COUNTY, *et al.*,

15                    Defendants.

16

17           Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  On August 21, 2020, the court screened plaintiff's amended complaint pursuant

19    to 28 U.S.C. § 1915A.  ECF No. 21.  The court found service appropriate as to defendant Solano

20    County and granted plaintiff thirty days either to return documents necessary to effect service of

21    process on that defendant or to file an amended complaint to cure the deficiencies in the other

22    claims.  *Id.*  The order warned plaintiff that failure to comply would result in a recommendation

23    that this action be dismissed.  *Id.*  The time for acting has passed, and plaintiff has not complied

24    with or otherwise responded to the court's order.

25           Accordingly, it is RECOMMENDED that this action be DISMISSED.  Fed. R. Civ. P.

26    41(b); E. D. Cal. Local Rule 110.

27           These findings and recommendations are submitted to the United States District Judge

28    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1   after being served with these findings and recommendations, any party may file written

2   objections with the court and serve a copy on all parties.  Such a document should be captioned

3   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

4   within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

5   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

6   DATED:  October 6, 2020

7

8   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28