UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MICHAEL BUCAOJIT,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY,<br><br>Defendants. | No.  2:19-cv-2055-WBS-JDP (PC)<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

---

[1] Plaintiff, however, has filed a document in which he states that he wants to move forward with his ADA claims and any other claims the court allows to proceed.  ECF No. 27.  Plaintiff's filing, while not directly responsive to the magistrate judge's findings and recommendations, has been considered by the court.

1

ORDERED that:

    1. The findings and recommendations filed February 23, 2021, are adopted in full;

    2. This action shall proceed on the third amended complaint's ADA claims against Solano County and against defendants Hun and Carreon in their official capacities based on: (1) (1) denial of the ability to shower in January 2019; (2) denial of a handicap bathroom while incarcerated at the Stanton Facility; and (3) confiscation of plaintiff's wheelchair in November 2018;

    3. All other claims and defendants in the complaint are dismissed without leave to amend; and

    4. The case is referred back to the magistrate judge for all pretrial proceedings, including initiating service of process on defendants Solano County, Hun, and Carreon.

Dated:  April 2, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE