UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MICHAEL BUCAOJIT,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-02055-WBS-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO COMPLY WITH LOCAL RULES<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On January 10, 2022, defendants filed a motion to dismiss plaintiff's third amended complaint. ECF No. 39. In violation of Local Rule 230(l), plaintiff failed to timely file an opposition or statement of non-opposition to defendants' motion. Accordingly, on April 13, 2022, I ordered plaintiff to show cause within twenty-one days why this action should not be dismissed for failure to prosecute and for failure to comply with the court's local rules. ECF No. 40. I notified him that if he wished to continue this lawsuit, he needed to file, within twenty-one days, an opposition or statement of non-opposition to respondent's motion. *Id*. I also warned him that failure to comply with the April 13 order would result in a recommendation that this action be dismissed.[1] *Id*.

---

[1] Although it appears from the file that plaintiff's copy of the April 13, 2022 order was returned, plaintiff was properly served. Pursuant to Local Rule 182(f), service of documents at

1

The deadline has passed, and plaintiff has not filed an opposition or statement of non-opposition to defendants' motion nor otherwise responded to the April 13, 2022 order.

Accordingly, it is hereby RECOMMENDED that:

1. This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to comply with the court's local rules.

2. Defendants' motion to dismiss, ECF No. 39, be denied as moot.

3. The Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:   May 7, 2022                               _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE

---

the record address of the party is fully effective.