UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MICHAEL BUCAOJIT, | No. **2:19-cv-02055-WBS-JDP (PC)** |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 9, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

1

ORDERED that:

1. The findings and recommendations filed May 9, 2022, are adopted in full;

2. This action is dismissed for failure to prosecute, failure to comply with court orders, and failure to comply with the court's local rules;

3. Defendants' motion to dismiss, ECF No. 39, is denied as moot; and

4. The Clerk of Court is directed to close the case.

Dated: June 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE